UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF RURAL HEALTH CLINICS, and AVENAL COMMUNITY HEALTH CENTER<br><br>           Plaintiffs,<br><br>  v.<br><br>DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services; TOBY DOUGLAS, Chief Deputy Director for Health Care Programs of the California Department of Health Care Services; and the CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,<br><br>           Defendants.<br>_____/ | No. CIV. S-10-0759 FCD EFB<br><br><br><br><br><br><br><br>**RELATED CASE ORDER** |
| CALIFORNIA HOSPITAL ASSOCIATION,<br><br>           Plaintiff,<br><br>  v.<br><br>DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,<br><br>           Defendants.<br>_____/ | No. CIV. S-10-3465 MCE KJN |

///

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CIV. S-10-3465 MCE KJN is reassigned to District Judge Frank C. Damrell, Jr., and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as: **CIV. S-10-3465 FCD EFB**.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS FURTHER ORDER that the Clerk of Court issue an Order Requiring a Joint Status Report for the undersigned.

IT IS SO ORDERED.

DATED: January 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE