KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JULIE WENG-GUTIERREZ, State Bar No. 179277
Supervising Deputy Attorney General
CHRISTINE M. MURPHY, State Bar No. 183835
ELIZABETH A. LINTON, State Bar No. 231619
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-6750
  Fax: (916) 324-5567
  E-mail: Christine.Murphy@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA HOSPITAL ASSOCIATION,**<br><br>                Plaintiff,<br><br>v.<br><br>**DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>                Defendants. | 2:10-cv-03465-FCD-EFB<br><br>**STIPULATION AND ORDER**<br><br>Action Filed: December 22, 2010 |

Plaintiff California Hospital Association filed the complaint in the above-entitled matter on December 22, 2010. Defendant David Maxwell-Jolly, as Director of the California Department of Health Care Services, and Defendant California Department of Health Care Services (Defendants),[1] were served on January 13, 2011. The deadline for Defendants to file their

---

[1] On January 7, 2010, Toby Douglas succeeded David Maxwell-Jolly as Director of the Department of Health Care Services. As the Director has been sued in his official capacity, Toby Douglas in his official capacity, is now the proper party to this action.

1

responsive pleading is February 2, 2011.  Plaintiff has agreed to provide Defendants with a three-week extension of time to respond to the Complaint.

THEREFORE IT IS STIPULATED by and between the parties that the new deadline for Defendants to respond to the Plaintiff's Complaint is February 23, 2011.

DATED:   January 25, 2011        /s/ Jordan B. Keville
LLOYD A. BOOKMAN, ESQ.
JORDAN B. KEVILLE, ESQ.
HOOPER, LUNDY & BOOKMAN, P.C.
Attorneys for Plaintiff

DATED:   January 25, 2011        /s/ Christine M. Murphy
CHRISTINE M. MURPHY
ELIZABETH A. LINTON
Deputy Attorneys General
Attorneys for Defendants

IT IS SO ORDERED.

DATED:   January 25, 2011        _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE