IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA HOSPITAL ASSOCIATION,**<br><br>Plaintiff,<br><br>v.<br><br>**DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>Defendants. | Case No. 2:10-cv-03465-FCD-EFB<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

The Court has considered Defendants' ex parte application for a limited, additional extension of time to file their responsive pleading. Defendants request that the responsive be due on March 25, 2011, rather than the current deadline of March 18, 2011. Good cause appearing, the Court hereby GRANTS their request.

IT IS SO ORDERED

Dated: March 16, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1

[Proposed] Order (2:10-cv-03465-FCD-EFB)