KAMALA D. HARRIS,
Attorney General of California
ISMAEL A. CASTRO, State Bar No. 85452
Supervising Deputy Attorney General
CHRISTINE M. MURPHY, State Bar No. 183835
ELIZABETH A. LINTON, State Bar No. 231619
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 327-6750
  Fax:  (916) 324-5567
  E-mail:  Christine.Murphy@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA HOSPITAL ASSOCIATION,**<br><br>       Plaintiff,<br><br>v.<br><br>**DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>       Defendants. | 2:10-CV-03465-GEB-EFB<br><br>**[PROPOSED] ORDER DISMISSING CASE**<br><br>Judge:  Hon. Garland E. Burrell<br>Action Filed:  December 27, 2010 |

  Having considered the Ninth Circuit Court of Appeal's November 15, 2011 Order (which dismissed the appeal in this action as moot; vacated the District Court's March 4, 2011 Decision; and remanded the case); the parties' joint status report; and the enactment of California Welfare and Institutions Code section 14105.281, the Court finds this case to be moot and suitable for dismissal.  Accordingly, the Court hereby orders the case dismissed with prejudice.

IT IS SO ORDERED

*2/2/12*

_____
GARLAND E. BURRELL, JR.
United States District Judge

1